# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-00693-SVW-SS | Date | June 20, 2013 |
|---|---|---|---|
| Title | Bravado International Group Merchandising Services Inc v. Henry Quintero et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:** IN CHAMBERS ORDER re: Order to Show Cause [8]

On June 4, 2013, the Court issued an order to show cause why the case should not be dismissed for lack of prosecution. On June 13, 2013, Plaintiff filed documentation indicating that Defendant Henry Quintero had been served pursuant to N.Y. C.P.L.R. § 308(2) (McKinney), and that Defendants Jeff Heimann and Plenty O Stuff had waived service. (Dkt. 9-11).

Plaintiff avers that it has been unable to effectuate personal service on Defendant HQ Imports pursuant to § 311(a)(1) because Henry Quintero, who is an agent for service of process for the corporation, is no longer located at the address supplied to the New York Secretary of State. Given that serving HQ Imports under § 311(a) appears to be impracticable, the Court may direct Plaintiff to accomplish service in another manner. N.Y. C.P.L.R. § 311(b). Accordingly, the Court directs Plaintiff to serve HQ Imports in the same manner that it served Henry Quintero. Because Quintero is the agent designated to accept service on behalf of HQ Imports, this procedure will be effective to complete service on HQ Imports.

Plaintiff shall serve HQ Imports in the manner described above no later than fourteen days from the date of this Order. Failure to do so will result in dismissal of HQ Imports from the case.

IT IS SO ORDERED.

| | : |
|---|---|
| Initials of Preparer | PMC |