KENNETH A. FEINSWOG
kfeinswog@aol.com
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone:  (310) 846-5800
Facsimile:   (310) 846-5801

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT
## OF CALIFORNIA

-------------------------------------------------------X
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

                Plaintiff,

       -against-

HENRY QUINTERO, HQ IMPORTS
LIMITED LIABILITY COMPANY,
PLENTY-O-STUFF and JEFF HEIMANN,

                Defendants.
-------------------------------------------------------X

CIVIL ACTION NO.
13-00693-SVW-SS

**REQUEST FOR ENTRY OF DEFAULT**

TO THE CLERK OF THE COURT:

Plaintiff hereby requests that the Clerk of the Court enter default against Defendants Henry Quintero, HQ Imports Limited Liability Company, Plenty-O-Stuff and Jeff Heimann.

1

Defendants Jeff Heimann and Plenty-O-Stuff waived service of the summons as of May 17, 2013 pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.

Defendant Henry Quintero was served with the summons and complaint pursuant to Rule 4(e)(B) of the Federal Rules of Civil Procedure by personally serving a person of suitable age at said party's dwelling.

Defendant HQ Imports Limited Liability Company was served on July 3, 2013 pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure by serving the managing agent of said entity who specifically stated that she was authorized to accept service on behalf of said entity.

The time to respond to the summons and complaint has elapsed as to said defendants and each one has failed to serve or file a responsive pleading.

1   WHEREFORE, it is respectfully requested that the Clerk enter default against defendants Henry Quintero, HQ Imports Limited Liability Company, Plenty-O-Stuff and Jeff Heimann.

Dated:  August 7, 2013                                  Respectfully submitted,
         Culver City, CA

                                        By: s/Kenneth A. Feinswog
                                            KENNETH A. FEINSWOG
                                            Attorney for Plaintiffs
                                            400 Corporate Pointe, Suite 300
                                            Culver City, CA 90230
                                            Telephone:  (310) 846-5800