1  KENNETH A. FEINSWOG
2  kfeinswog@aol.com
   Bar No. 129562
3  400 Corporate Pointe, Suite 300
4  Culver City, California 90230
   Telephone:  (310) 846-5800
5  Facsimile:   (310) 846-5801
6
7  Attorney for Plaintiff

8                    UNITED STATES DISTRICT COURT
                        FOR THE CENTRAL DISTRICT
9                            OF CALIFORNIA
10
11 --------------------------------------------------------X    CIVIL ACTION NO.
   BRAVADO INTERNATIONAL GROUP                                  13-00693-SVW-SS
12 MERCHANDISING SERVICES, INC.
13
                                                                **RESPONSE TO ORDER**
14                    Plaintiff,                                **TO SHOW CAUSE**
15
                -against-
16
17 HENRY QUINTERO, HQ IMPORTS
18 LIMITED LIABILITY COMPANY,
   PLENTY-O-STUFF and JEFF HEIMANN,
19
20                    Defendants.
21 --------------------------------------------------------X
22
       Plaintiff hereby responds to the order to show cause entered in the above-
23
   referenced action on July 25, 2013.
24
25
       Plaintiff has requested entry of default against each of the defendants in the
26
   above-referenced action.
27
28

                                      1

1  Even though plaintiff has requested entry of default against defendants Jeff
2  Heimann and Plenty-O-Stuff, plaintiff is continuing settlement discussions with
3  Mr. Heimann, who also is the owner of Plenty-O-Stuff and is acting pro se.

5  In view of the foregoing, it is respectfully requested that the Court allow
6  plaintiff thirty (30) days from the entry of default to file a motion for default
7  judgment so that plaintiff will have sufficient time to attempt to finalize said
8  settlement so that a motion for default judgment against Mr. Heimann and
9  Plenty-O-Stuff can be avoided.

Dated:  August 7, 2013                    Respectfully submitted,
         Culver City, CA

                                          By: s/Kenneth A. Feinswog
                                              KENNETH A. FEINSWOG
                                              Attorney for Plaintiffs
                                              400 Corporate Pointe, Suite 300
                                              Culver City, CA 90230
                                              Telephone:  (310) 846-5800